THE WESTERN UNION TELEGRAPH COMPANY *v.* BRIGHTWELL.

This case is ruled on the question of jurisdiction by *Dicken* v. *Western Union Telegraph Co.*, decided at this term (*ante*); and on the question of release by refunding the toll paid to the company for transmission, by *Western Union Telegraph Co.* v. *Taylor*, 84 *Ga.* 419, (3).
April 16, 1894.   Argued at the last term.              *Judgment affirmed.*

Action for penalty. Before Judge BARTLETT. Terrell superior court. May term, 1893.

The suit was brought in the county court, and went by appeal to the superior court, where defendant demurred on the ground that the county court had no jurisdiction of the subject-matter. The demurrer was overruled. Defendant's counsel requested the court to charge the jury that if, after failure to transmit the message, the defendant's agent refunded to plaintiff the money paid by him for such transmission, the contract between the parties was rescinded, all rights growing out of it were abrogated, and plaintiff could not recover. The request was denied, and the verdict was for the plaintiff. Defendant assigned error on the rulings stated.

GUSTIN, GUERRY & HALL and NOTTINGHAM & BRUNSON, for plaintiff in error. HOYL & PARKS, *contra.*